UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

ALLEN RAY BLEVINS, individually,
on behalf of himself and all others similarly
situated,

    Plaintiff,

           v.                        Case Number: 6:19-cv-03121-DPR

TELETECH HOLDINGS, INC. d/b/a TTEC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE[1]

**COMES NOW** the Plaintiff, Allen Ray Blevins, and the Defendant, Teletech Holdings, Inc. d/b/a TTEC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| /s/Amanda J. Allen, Esq. | /s/ Eric L. Zalud, Esq. |
|---|---|
| Amanda J. Allen, Esquire | Eric L. Zalud, Esquire |
| Florida Bar No. 98228 (*Admitted Pro Hac Vice*) | (*Admitted Pro Hac Vice*) |
| Amanda@TheConsumerProtectionFirm.com | ezalud@beneschlaw.com |
| William Peerce Howard, Esquire | David Krueger |
| Florida Bar No. 0103330 | (*Admitted Pro Hac Vice*) |
| Billy@TheConsumerProtectionFirm.com | dkrueger@beneschlaw.com |
| The Consumer Protection Firm, PLLC | Benesch, Friedlander, Coplan & Aronoff LLP |
| 4030 Henderson Blvd. | 200 Public Square, Suite 2300 |
| Tampa, FL 33629 | Cleveland, OH 44114 |
| Tele: (813) 500-1500 | Tele: (216) 363-4500 |
| Fax: (813) 435-2369 | Fax: (216) 363-4588 |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

---

[1] The prejudice applies only to the extent the Plaintiff seeks to refile in Federal Court; however, no prejudice shall apply should the Plaintiff refile his claims in accordance with the parties Arbitration Agreement dated July 3, 2012.

## CERTIFICATE OF SERVICE

I certify that on July 27, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esquire**
Florida Bar No. 98228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Tele: (813) 500-1500
Fax: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
***Attorney for Plaintiff***