IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALLAN RAY BLEVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-03121-CV-S-DPR |
| | ) | |
| TELETECH HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 27.) Upon review, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby **DISMISSED** with prejudice, with each party to pay his or its own fees and costs. The Clerk of Court is directed to close this action.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: July 29, 2020